UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| GEORGE VARGAS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MIKE YARBOROUGH, Warden, et al.,<br><br>　　　　　Respondents. | Case No. CV 04-1949-GHK (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE STATUS REPORT** |

　　　　In a Minute Order dated May 12, 2005 ("5/12/05 Order"), the Court ordered petitioner to file a "Status Report" regarding the status of petitioner's exhaustion of state claims within ninety (90) days and every ninety (90) days thereafter until further notice. On August 9, 2006, petitioner filed a status report. On January 3, 2006, petitioner filed a request for an extension of time to file has status report. On January 12, 2006, this Court granted petitioner an extension. On February 27, 2006, petitioner filed a status report. On October 25, 2006, this Court issued an Order to Show Cause. On January 29, 2007, petitioner filed a statues report. On April 25, 2007, petitioner filed a status report. On July 19, 2007, petitioner filed a status report. On October 22, 2007, petition filed a status report. Petitioner's next Status Report was due on

January 22, 2007.

To date, petitioner has not filed a Status Report as ordered by the Court in the 5/12/05 Order.

**ORDER**

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1) Petitioner shall have **fourteen (14) days from the date of this Order** to show cause why petitioner has failed to file a Status Report as ordered in this Court's 5/12/05 Order; or

(2) Petitioner shall within **fourteen (14) days of the date of this Order** file a Status Report, as ordered by the Court in its 5/12/05 Order. The Status Report shall state the status and progress of petitioner's compliance with this Court's 5/12/05 Order. A copy of the Court's 5/12/05 Order is attached.

If petitioner fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: February 28, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge

- 2 -