# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| GEORGE VARGAS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MIKE YARBOROUGH, Warden, et al.,<br><br>　　　　Respondents. | Case No. CV 04-1949-GHK (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE STATUS REPORT** |

　　In a Minute Order dated May 12, 2005 ("5/12/05 Order"), the Court ordered petitioner to file a "Status Report" regarding the status of petitioner's exhaustion of state claims within ninety (90) days and every ninety (90) days thereafter until further notice. Petitioner's last status report was filed on September 22, 2008. Petitioner's next Status Report was due on December 22, 2008.

　　To date, petitioner has not filed a Status Report as ordered by the Court in the 5/12/05 Order.

///

///

///

# ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

(1) Petitioner shall have **fourteen (14) days from the date of this Order** to show cause why petitioner has failed to file a Status Report as ordered in this Court's 5/12/05 Order; or

(2) Petitioner shall within **fourteen (14) days of the date of this Order** file a Status Report, as ordered by the Court in its 5/12/05 Order. The Status Report shall state the status and progress of petitioner's compliance with this Court's 5/12/05 Order. A copy of the Court's 5/12/05 Order is attached.

If petitioner fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: March 18, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge

- 2 -