

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VARGAS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL YARBOROUGH, Warden,<br><br>    Respondent. | Case No. CV 04-1949-GHK (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 10/10/10

                                             GEORGE H. KING<br>                                             UNITED STATES DISTRICT JUDGE