# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VARGAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL YARBOROUGH, Warden,<br><br>　　　　Respondent. | Case No. CV 04-1949-GHK (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 12/15/10

　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE